# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| IN THE MATTER OF:<br>Donita J. Cole,<br>　　　　　Debtor.<br><br>Donita J. Cole,<br>　　　　　Appellant,<br>v.<br>　MR Capital LLC,<br>　　　　　Appellee. | No. CV-15-02105-PHX-SRB<br>BK NO. 2:15-bk-07045-EPB<br><br>**ORDER** |
|---|---|

　　　IT IS ORDERED setting Appellant's Application for Temporary Restraining Order, Temporary Injunction and Permanent Injunction Against all Defendants [Doc. 5] for **Monday, January 4, 2016, at 2:30 p.m.** in Courtroom 502, 401 West Washington Street, Phoenix, Arizona.

　　　　　　　　　　　　　　　　　　Dated this 31st day of December, 2015.

_____
Susan R. Bolton
United States District Judge