**MOYES SELLERS & HENDRICKS**
Stephen Brower (No. 024908)
1850 North Central Avenue, Suite 1100
Phoenix, Arizona  85004
Telephone: (602) 604-2120
sbrower@law-msh.com

Attorneys for Appellee MR Capital, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Case No. 2:15-cv-02105-SRB |
| Donita Cole, | Case No. 2:15-bk-07045-EPB |
| Debtor. | **NOTICE OF APPEARANCE** |
| Donita Cole, | |
| Appellants, | |
| v. | |
| MR Capital, LLC, | |
| Appellee. | |

NOTICE IS HEREBY GIVEN that Stephen Brower of Moyes Sellers and Hendricks enters his appearance in this matter as an attorney representing the Appellee MR Capital, LLC.

DATED:  January 2, 2016

MOYES SELLERS & HENDRICKS

By */s/ Stephen Brower*
   Stephen Brower
   Attorneys for MR Capital, LLC

00134704

**CERTIFCIATE OF SERVICE**

I hereby certify that on January 2, 2016, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants. I further certify that a copy of the attached document was delivered via email to:

Donita Cole
d.cole@cox.net


*/s/ Stephen Brower*

00134704