**MOYES SELLERS & HENDRICKS**
Stephen Brower (No. 024908)
1850 North Central Avenue, Suite 1100
Phoenix, Arizona  85004
Telephone: (602) 604-2120
sbrower@law-msh.com

Attorneys for Appellee MR Capital, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Case No. 2:15-cv-02105-SRB |
| Donita Cole, | Case No. 2:15-bk-07045-EPB |
| Debtor. | **APPELLEE'S CORPORATE DISCLOSURE STATEMENT** |
| Donita Cole, | |
| Appellants, | |
| v. | |
| MR Capital, LLC, | |
| Appellee. | |

This Corporate Disclosure Statement is filed by Appellee MR Capital, LLC.  This

Corporate Disclosure Statement is filed in compliance with the provisions of: *(check one)*

  X   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate

party to an action in a district court must file a statement that identifies any

parent corporation and any publicly held corporation that owns 10% or more

of its stock or states that there is no such corporation.

_____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental

corporate party to a proceeding in a district court must file a statement that

identifies any parent corporation and any publicly held corporation that

00134703

1  owns 10% or more of its stock or states that there is no such corporation.

2  ____  Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organization

3  victim of alleged criminal activity is a corporation, the government must file

4  a statement identifying the victim and the statement must also disclose the

5  information required by Rule 12.4(a)(1).

6  **The filing party hereby declares as follows:**

7  _X_  No such corporation.

8  ____  Party is a parent, subsidiary or other affiliate of a publicly owned

9  corporation as listed below.  *(Attached additional pages if needed.)*

10  ____  Publicly held corporation, not a party to the case, with a financial interest in

11  the outcome.  *List identity of corporation and the nature of financial*

12  *interest.  (Attached additional pages if needed.)*

13  _X_  **Other (please explain)**

14  The parent companies of MR Capital, LLC include Insignia, LLC and Robson

15  Holdings, LLC.  MR Capital, LLC further states that no publicly-held entities have any

16  interest in MR Capital, LLC.

17  DATED:  January 2, 2016

18  MOYES SELLERS & HENDRICKS

19

20  By */s/ Stephen Brower*
Stephen Brower
Attorneys for MR Capital, LLC

21

22

23

24

25

26

MOYES SELLERS &
HENDRICKS

00134703

PHOENIX, AZ

1
2

### CERTIFCIATE OF SERVICE

3

     I hereby certify that on January 2, 2016, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.  I further certify that a copy of the attached document was delivered via email to:

4
5
6
7

Donita Cole
d.cole@cox.net

8
9

*/s/ Stephen Brower*

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

MOYES SELLERS &
HENDRICKS

PHOENIX, AZ

00134703

- 3 -