**MOYES SELLERS & HENDRICKS**
Stephen Brower (No. 024908)
1850 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone: (602) 604-2120
sbrower@law-msh.com

Attorneys for Appellee MR Capital, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>Donita Cole,<br><br>Debtor. | Case No. 2:15-cv-02105-SRB<br><br>Case No. 2:15-bk-07045-EPB<br><br>**MOTION TO DISMISS APPEAL** |
| Donita Cole,<br><br>Appellant,<br><br>v.<br><br>MR Capital, LLC,<br><br>Appellee. | |

Appellant Donita Cole filed a Notice of Appeal and Statement of Election on October 15, 2015 regarding the Order Granting Motion for Relief from Automatic Stay dated September 28, 2015. This notice was transmitted and filed with this Court on October 20, 2015 [Dkt 1]. As expressly stated in the instructions provided to Appellant attached to the transmittal, Appellant was required to "*within 14 days of the filing of the Notice of Appeal*, file with the Clerk of the U.S. Bankruptcy Court [a] designation of the items to be included in the record on appeal and serve a copy on the appellee; [and] statement of the issues to be presented and serve a copy upon the appellee." [Dkt 1 at p. 2]. Nearly three months have passed since Appellant filed her notice of appeal, but

Appellant has not filed her statement of the issues or designation of record as required.

There is no excuse for the lengthy delay by Appellant in perfecting her appeal by filing the required statement of issues and designation of the record. Appellant had been timely notified of her obligations as expressly provided in the instructions quoted above. Courts will dismiss an appeal from the bankruptcy court where Appellants have failed to file the threshold statements of issues. *In re Burton*, 316 B.R. 138, 140 (S.D.N.Y. 2004) (dismissing appeal due to pro se debtor's inexcusable failure to timely file the statement of issues and designation of the record); *In re Lynch*, 430 F.3d 600, 603 (2d Cir. 2005) (affirming dismissal of bankruptcy appeal where debtor failed to file a statement of issues and designation of record). Accordingly, Appellee respectfully requests the Court dismiss the bankruptcy appeal.

DATED: January 2, 2016

MOYES SELLERS & HENDRICKS

By */s/ Stephen Brower*
Stephen Brower
Attorneys for MR Capital, LLC

**CERTIFCIATE OF SERVICE**

I hereby certify that on January 2, 2016, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants. I further certify that a copy of the attached document was delivered via email to:

Donita Cole
d.cole@cox.net

*/s/ Stephen Brower*

00134705