**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES**

Phoenix Division

 **CV 15-02105-PHX-SRB**      DATE: 1-4-16
Year    Case No.

HON: SUSAN R. BOLTON

Donita J. Cole                           v. MR Capital LLC
Appellant(s)                                Appellee(s)

Deputy Clerk: Maureen Williams     Court Reporter: Elva Cruz-Lauer

Donita Cole                      Stephen Brower with Appellee representatives Ryan Robson and Darcy Myers
Appellant appearing pro se     Appellee(s) counsel
=======================================================================
**PROCEEDINGS**:  X Open Court   _Chambers    _ SEALED

This is the time set for Hearing re: Appellant's Application for Temporary Restraining Order, Temporary Injunction and Permanent Injunction Against All Defendants [Doc. 5].

Argument held.

For reasons as stated on the record, IT IS ORDERED denying Appellant's Application for Temporary Restraining Order, Temporary Injunction and Permanent Injunction Against All Defendants [Doc. 5].

Hearing length:    22 minutes