IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN THE MATTER OF:<br>Donita J. Cole,<br>　　　　　　Debtor. | No. CV-15-02105-PHX-SRB<br>BK NO. 2:15-bk-07045-EPB |
| Donita J. Cole,<br>　　　　　　Appellant,<br>v.<br>　MR Capital LLC,<br>　　　　　　Appellee. | ORDER |

On January 2, 2016, Appellee filed a Motion to Dismiss Appeal. Because Appellant is acting pro se in this matter, the Court advises Appellant of the following:

**I.     RULE 7.2(i) CAUTIONARY NOTICE**

Local Rule of Civil Procedure 7.2(i) states in relevant part that "if the unrepresented party or counsel does not serve and file the required answering memoranda, . . . such non-compliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily." *See also Brydges v. Lewis,* 18 F.3d 651, 652 (9th Cir. 1994). Appellant should take notice that the Court will interpret the failure to respond to Appellee's Motion by the deadline set forth in this Order as consent to the Motion. *See id.*at 652 (affirming the district court's summary

granting of a motion for summary judgment under Local Rule 7.2(i) when non-moving party was given express warning of consequences of failing to respond).

It is Appellant's obligation to timely respond to all motions. Appellee's Motion will be summarily granted if Appellant fails to respond in accordance with the provisions of this Order.

## II.   RULE 41 CAUTIONARY NOTICE

Appellant should also take notice that the failure to timely comply with every provision of this Order, or any other order entered in this matter, may result in the dismissal of the Appeal pursuant to Federal Rule of Civil Procedure 41(b). *See Ferdik v. Bonzelet,* 963 F.2d 1258, 1260 (9th Cir. 1992) (holding that the district court may dismiss an action for failure to comply with any order of the court), *cert. denied,* 506 U.S. 915 (1992). Appellant is warned that failure to strictly adhere to the provisions of this or any other Court Order will result in dismissal of Appellant's Appeal pursuant to Rule 41.

**IT IS ORDERED** directing Appellant to file with the Clerk of the Court and serve on opposing counsel a responsive memorandum to Appellee's Motion to Dismiss Appeal [Doc. 10] no later than January 19, 2016.

Dated this 5th day of January, 2016.

_____
Susan R. Bolton
United States District Judge