Donita J. Cole
P.O. Box 4907
Mesa, Arizona 85211
602-369-1551

*Without an Attorney*



# UNITED STATES DISTRICT COURT
### District of Arizona

IN THE MATTER OF:

**DONITA J. COLE**,

        Debtor,

---

Donita J. Cole,

        Appellant,

vs.

MR CAPITAL, LLC

        Appellee.

No: CV-15-02105-PHX-SRB

BK No. 2-15-bk-07045-EPB

**NOTICE of CORRECTED CERTIFICATE OF SERVICE**

    NOW COMES **DONITA J. COLE**, Appellant and files this NOTICE of CORRECTED CERTIFICATE OF SERVICE, and in support thereof, shows the court the following:

1. On January 22, 2016 Appellant filed a MOTION FOR EXTENSION OF TIME TO RESPOND TO THE ORDER FILED ON JANUARY 5, 2016 Doc #13;

2. After filing, Appellant realized that the attorney's address that was affixed to the above named document as the Certificate of Service addressed to CLINT W. SMITH, P.C. was the wrong attorney;

3. Appellee immediately changed the address to the proper attorney in this case and timely mailed the Motion to the attorney listed below ;

        MOYES SELLERS & HENDRICKS
        Stephen Brower (No. 024908)
        1850 North Central Avenue, Suite 1100
        Phoenix, Arizona 85004

//
//

**THEREFORE**, Appellant certifies that a true and correct copy of the MOTION FOR EXTENSION OF TIME TO RESPOND TO THE ORDER FILED ON JANUARY 5, 2016 Doc #13 was mailed by the United States Postal Service on January 22, 2016 to the proper parties in this case.

*Respectfully submitted,*

by: _/s/ Donita Cole_
DONITA J. COLE
P.O. Box 4907
Mesa, Arizona 85211

## CERTIFICATE OF SERVICE

I certify that on January 25, 2016, a true and correct copy of NOTICE of CORRECTED CERTIFICATE OF SERVICE pertaining to:

**MOYES SELLERS & HENDRICKS**
Stephen Brower (No. 024908)
1850 North Central Avenue, Suite 1100
Phoenix, Arizona 85004

Clerk, UNITED STATES DISTRICT COURT
District of Arizona
Sandra Day O'Connor U.S. Courthouse
Suite 130
401 W. Washington Street, SPC-1
Phoenix, Az 85003-2118

was served on all parties or their attorney.

_/s/ Donita Cole_
DONITA J. COLE