Donita J. Cole
P.O. Box 4907
Mesa, Arizona 85211
602-369-1551

*Without an Attorney*

FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 0 1 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## District of Arizona

IN THE MATTER OF:

**DONITA J. COLE,**

        Debtor,

---

Donita J. Cole,

        Appellant,

vs.

MR CAPITAL, LLC

        Appellee.

No: CV-15-02105-PHX-SRB

BK No. 2-15-bk-07045-EPB

**DONITA J. COLE's
VERIFIED RESPONSE
AND OBJECTION TO
MOTION TO DISMISS APPEAL
BY MR CAPITAL LLC**

    Comes now, DONITA J. COLE, without an attorney, files her repsonse to MR CAPITAL LLC's Motion to Dismiss appeal and in support states:

1. On 7/30/15 ME CAPITAL LLC file a Motion for Relief from Stay. (docket #24)

2. MR CAPITAL LLC falsely alleges that it was granted relief from stay on 9/28/15 (docket #65), when the record shows an Order granting ME CAPITAL LLC the relief from stay and **NOT** MR CAPITAL LLC.

3. DONITA J. COLE filed a Motion for Reconsideration of the Order as to ME CAPITAL, LLC on 9/30/15 (docket #66).

4. On 10/2/15, an Order was filed Denying DONITA J. COLE's Motion for Reconsideration as to ME CAPITAL. (docket #73)

5. It is not clear why MR CAPITAL LLC is involved in the appeal when the Order under review is an Order granting ME CAPITAL LLC relief from stay. See attached copy of Order on Appeal.

6. DONITA J. COLE filed an Appeal on 10/16/15 as to ME CAPITAL, LLC.

WHEREFORE, because the Order under review does not involve MR CAPITAL LLC and only involves ME CAPITAL LLC, MR CAPITAL LLC has no standing to request dismissal of this appeal and the motion to dismiss by MR CAPITAL LLC should be denied for lack of standing.

*Respectfully submitted,*

by: _____
**DONITA J. COLE**
P.O. Box 4907
Mesa, Arizona 85211

# EXHIBIT A

SO ORDERED.

Dated: October 2, 2015

Eddward P. Ballinger Jr., Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

MINUTE ENTRY/ORDER

| | |
|---|---|
| Bankruptcy Judge: | Honorable Eddward P. Ballinger, Jr. |
| Case Name: | Donita J. Cole         Ch. 13 |
| Case No.: | 2:15-bk-07045-EPB |
| Subject of Matter: | Motion for Reconsideration of Order Granting ME Capital, LLC's Motion for Relief From Stay and Request for an Evidentiary Hearing Filed by Donita J. Cole |
| Date Matter Ruled Upon: | October 2, 2015 |

After due consideration, the Court finds that the debtor's dispute with ME Capital, LLC ("ME Capital") needs to be resolved in state court and that just cause existed for the prior grant of relief from the automatic stay to permit this to occur. The Court states no opinion as to the merits of debtor's claims against ME Capital, which may be resolved in a different forum.

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0970−2 | User: brennerc | Date Created: 10/2/2015 |
| Case: 2:15−bk−07045−EPB | Form ID: pdf008 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         DONITA J COLE      2033 E OASIS STREET     MESA, AZ 85213

                                                                                                                       TOTAL: 1

## VERIFICATION

STATE OF ARIZONA §
§
COUNTY OF MARICOPA §

BEFORE ME, the undersigned authority, personally appeared DONITA J. COLE who, on oath, stated that the statements made in the foregoing "**DONITA J. COLE's VERIFIED RESPONSE AND OBJECTION TO MOTION TO DISMISS APPEAL BY MR CAPITAL LLC**" are true and correct.

_____
DONITA J. COLE

SUBSCRIBED AND SWORN TO BEFORE ME,

on this the 1st day of March, to certify which witness my hand and seal of office.

_____
Notary Public, State of Arizona

ROSS LIPTER
Notary Public - Arizona
Maricopa County
My Comm. Expires Mar 10, 2017

## CERTIFICATE OF SERVICE

I certify that on March 1, 2016, a true and correct copy of **DONITA J. COLE's VERIFIED RESPONSE AND OBJECTION TO MOTION TO DISMISS APPEAL BY MR CAPITAL LLC** was mailed by first class mail by the United States Postal Service to the below:

**MOYES SELLERS & HENDRICKS**
Stephen Brower (No. 024908)
1850 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone: (602) 604-2120

_____
DONITA J. COLE