UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br><br>DONITA J COLE | Chapter 13<br><br>Case No. 2:15-bk-07045-EPB<br><br>Adv. No.<br><br>CIV No. 15-2105 |
| Debtor(s) | |
| DONITA J COLE | |
| Appellant(s) | **MEMO TO UNITED STATES DISTRICT COURT RE: STATUS OF CERTIFICATE OF READINESS** |
| v.<br><br>MR CAPITAL, LLC | |
| Appellee(s) | |

TO:    Clerk, United States District Court, District of Arizona

Please be advised that a Certificate that the Record of Appeal is Complete cannot be filed because the following documents have not been filed as of date:

[ ]    The Designation of Record is not on file.

[ ]    The Statement of Issues is not on file.

[ ]    A transcript has been designated and the designating party has not requested the transcript.

[✓]    Other: WRITTEN REQUEST FOR TRANSCRIPT HAS BEEN FILED
(no specific designation of transcript has been requested).

Dated: March 8, 2016

GEORGE PRENTICE, CLERK OF COURT

By: T. Gilbert
_____
Deputy Clerk