IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN THE MATTER OF:<br>Donita J. Cole,<br>            Debtor. | No. CV-15-02105-PHX-SRB<br>BK NO. 2:15-bk-07045-EPB |
| Donita J. Cole,<br>            Appellant,<br>v.<br>  MR Capital LLC,<br>            Appellee. | **ORDER** |

The Court has considered Appellee's Motion to Dismiss Appeal and Appellant's Response. In her Response Appellant states that her appeal relates to an entity named ME Capital, LLC not MR Capital, LLC. She is wrong. Her Notice of Appeal (Doc. 1) signed October 15, 2015 expressly states that the party is MR Capital, LLC and the September 29, 2015 order she is appealing shows that the movant was MR Capital, LLC.

IT IS ORDERED that Appellant Donita Cole provide proof to this Court that she has filed with the Clerk of the Bankruptcy Court a designation of the items to be included in the record on appeal, a statement of the issues to be presented, and a request for any transcripts where the designation includes a transcript of any proceeding or part thereof

/ / /

within 7 days of the date of this Order or her appeal will be dismissed without further notice.

Dated this 17th day of March, 2016.

_____
Susan R. Bolton
United States District Judge