1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                         FOR THE DISTRICT OF ARIZONA
8

| | |
|---|---|
| IN THE MATTER OF ) | No. CV-15-02105-PHX-SRB |
| ) | |
| Donita J. Cole, ) | BK 2:15-bk-07045-EPB |
| ) | |
| Debtor ) | ADV. No. N/A |
| _____) | |
| Donita J. Cole, ) | BAP NO. N/A |
| ) | |
| Appellant, ) | **SCHEDULING ORDER** |
| ) | |
| vs. ) | |
| ) | |
| MR Capital LLC, ) | |
| ) | |
| Appellee. ) | |
| _____) | |

PURSUANT to Local Rules of Bankruptcy Procedure 8009-1, 8009-2, 8010-1, and FRPB 8009(a), the appellant shall serve and file an opening brief with the Clerk, United States District Court, within fourteen (14) days of the date this order is filed. The appellee shall serve and file a responsive brief with the Clerk, United States District Court, within fourteen (14) days after service of the appellant's brief; and the appellant may serve and file a reply with the Clerk, United States District Court, within fourteen (14) days after service of the appellee's brief, and if the appellee has cross-appealed, the appellee may file and serve a reply brief to the response of the appellant to the issues presented in the cross appeal within fourteen (14) days after service of the reply brief of the appellant.

FURTHER, TAKE NOTICE that pursuant to Rule 16.2 of the Rules of Practice of the United States District Court for the District of Arizona, this action is designated an **expedited track** case.

IT IS FURTHER ORDERED that if this matter is stayed pending related proceedings, a written joint status report shall be due every six (6) months from date of the Order staying the case.

IT IS FURTHER ORDERED that failure to comply with provisions of the Local Rules of Bankruptcy Procedure and this Order may result in the Court taking action for failure to perfect the appeal, including possible dismissal pursuant to Rule 8020-1 of the Local Rules of Bankruptcy Appeal Procedure.

DATED this 4th day of May, 2016.

_____
Susan R. Bolton
United States District Judge