# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN THE MATTER OF:<br>Donita J. Cole,<br>　　　　　　Debtor.<br>Donita J. Cole,<br>　　　　　　Appellant,<br>v.<br>MR Captial, LLC,<br>　　　　　　Appellee. | No. CV-15-02105-PHX-SRB<br><br>**ORDER** |

The Court has reviewed Appellant's Motions for Leave of Court to Amend Initial Brief (Docs. 28 & 29) and Appellee's Notice of No Objection to either motion.

IT IS ORDERED granting Appellant's Motions for Leave of Court to Amend Initial Brief (Docs. 28 & 29).

IT IS FURTHER ORDERED that Appellant shall file her Amended Brief within 3 days of the date of this Order.

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED that Appellee's responsive brief shall be filed 14 days after Appellant's brief is filed.

Dated this 9th day of June, 2016.

_____
Susan R. Bolton
United States District Judge