MOYES SELLERS & HENDRICKS
Stephen Brower (No. 024908)
Joshua T. Greer (No. 025508)
1850 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone: (602) 604-2141
Email: sbrower@law-msh.com
       jgreer@law-msh.com

Attorneys for Appellee

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Donita Cole,<br><br>　　　　Debtor.<br><br>Donita J. Cole,<br><br>　　　　Appellant,<br><br>v.<br><br>MR Capital, LLC,<br><br>　　　　Appellee | No. CV-15-02105-PHX-SRB<br><br>BK No. 2:15-bk-07045-EPB<br><br><br><br>**APPELLEE'S NOTICE REGARDING ANSWERING BRIEF FILED [Dkt 32]** |

　　　NOTICE IS HEREBY GIVEN that on June 6, 2016, Appellee MR Capital, LLC, filed Appellee's Response Brief [Dkt 32], which responded to Appellant's Amended Initial Brief. Because no extension for filing answering brief had been given, Appellee's responsive pleading was due on June 6, 2016. Appellee's Response Brief was responsive to the Amended Initial Brief submitted to the Court with Appellant's Motion for Leave of Court to Amend Initial Brief [Dkt 29].

　　　Therefore, no further responsive brief will be filed by Appellee.

/ / /

/ / /

00148584

DATED this 22nd day of June 2016.

                                      MOYES SELLERS & HENDRICKS

                                      By  /s/*Joshua T. Greer*
                                           Stephen Brower
                                           Joshua T. Greer
                                           Attorneys for Appellee

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2016, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants. I further certify that a copy of the attached document was delivered via email and First Class Mail to:

Donita J. Cole
PO Box 4907
Mesa, AZ  85211
Email:  dcole@cox.net
Appellant *Pro Se*


/s/ *Donna M. Navarro*