```
MOYES SELLERS & HENDRICKS
Stephen Brower (No. 024908)
Joshua T. Greer (No. 025508)
1850 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone: (602) 604-2141
Email: sbrower@law-msh.com
       jgreer@law-msh.com
```

Attorneys for Appellee

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Donita Cole,<br><br>        Debtor.<br><br>Donita J. Cole,<br><br>        Appellant,<br><br>v.<br><br>MR Capital, LLC,<br><br>        Appellee | No. CV-15-02105-PHX-SRB<br><br>BK No. 2:15-bk-07045-EPB<br><br>**APPELLEE'S RESPONSE TO APPELLLANT'S MOTION FOR LEAVE OF COURT TO SUPPLEMENT RECORD ON APPEAL [DKT 35]** |

    Appellee, through undersigned counsel, hereby objects to Appellant's Motion for leave of Court to Supplement Record on Appeal ("Motion for Leave") [Dkt. 35].

    On March 17, 2016, this Court issued its order directing Appellant to file proof of filing with the Bankruptcy Court "a designation of the items to be included in the record on appeal, a statement of the issues to be presented, and a request for any transcripts where the designation includes a transcript of any proceeding or part thereof within 7 days of the date of this Order . . . ." [Dkt 20]  The Court indicated that the failure to comply with this Court's order would result in dismissal. [Dkt 20]. Based on this order, the transcripts should have been prepared and ordered no later than March 24, 2016.

Appellant responded to the Court's order with an affidavit indicating that she had complied. [Dkt 21].

Appellant now concedes that here prior affidavit was incorrect and that she failed to obtain the necessary transcripts from the Court reporter. MR Capital respectfully requests that the Court deny Appellant's motion for leave to supplement the record of appeal.

DATED this 22nd day of June, 2016

MOYES SELLERS & HENDRICKS

By /s/*Joshua T. Greer*
Stephen Brower
Joshua T. Greer
Attorneys for Appellee

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2016, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants. I further certify that a copy of the attached document was delivered via email and First Class Mail to:

Donita J. Cole
PO Box 4907
Mesa, AZ  85211
Email: dcole@cox.net
Appellant *Pro Se*

/s/ *Donna M. Navarro*